No. 727. GHADIALI ET AL. *v.* UNITED STATES. C. C. A. 3d. Certiorari denied. Petitioners *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 248, Misc. STARKS *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 333, Misc. HAWKS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 334, Misc. PEABODY *v.* NIERSTHEIMER, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 370, Misc. NELSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 371, Misc. BERRY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 374, Misc. EXKANO *v.* SANFORD, WARDEN. C. C. A. 5th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Frederick Bernays Wiener, Robert S. Erdahl* and *Josephine H. Klein* for respondent.

No. 375, Misc. McDOWELL *v.* UNITED STATES. C. C. A. 7th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Rob-*